No. 11–9085.  QAZZA v. CITY OF ORANGE, CALIFORNIA, ET AL. C. A. 9th Cir.  Certiorari denied.

No. 11–9087.  SALCEDO v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–9094.  VIGIL v. MCDONALD, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 11–9096.  WEST v. MYLES, ACTING WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 11–9100.  LOWE v. SWANSON, SHERIFF, STARK COUNTY, OHIO.  C. A. 6th Cir.  Certiorari denied.

No. 11–9102.  MACON v. DAVIS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 11–9103.  LYON v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI.  C. A. 5th Cir.  Certiorari denied.

No. 11–9105.  MAYBERRY v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 11–9107.  MCDONALD v. LIPOV ET AL.  App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 11–9111.  AMAKER v. APPELLATE DIVISION, SUPREME COURT OF NEW YORK, SECOND JUDICIAL DEPARTMENT.  C. A. 2d Cir.  Certiorari denied.

No. 11–9112.  BARNHILL v. TEXAS.  Ct. App. Tex., 12th Dist. Certiorari denied.

No. 11–9113.  ALEXANDER v. ARIZONA.  Super. Ct. Ariz., County of Maricopa.  Certiorari denied.

No. 11–9116.  VINES v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.